UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED
JUN 1 1 2014
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY JAG DEP CLK

CASE NO: 5:14-MJ-1946-KS

UNITED STATES OF AMERICA )
)
V. )
) CRIMINAL INFORMATION
DANIELS, IN W. )
)

Defendant:

The United States Attorney charges:

COUNT ONE

THAT, on or about February 06, 2014, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, DANIELS, IN W., did operate a motor vehicle upon a street, highway, or public vehicular area while under the influence of an impairing substance and/or after having consumed sufficient alcohol that he had, at a relevant time after driving, a blood alcohol concentration of 0.08% or more; in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-138.1.

COUNT TWO

THAT, on or about February 06, 2014, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, DANIELS, IN W., did operate a motor vehicle upon a street, highway, or public vehicular area

and did fail to maintain the limits of his lane, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-146(d)(1).

THOMAS G. WALKER
UNITED STATES ATTORNEY

BY: _____
EILEEN C. WHIPPLE
Special Assistant United
States Attorney
XVIII Airborne Corps & Ft Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222